USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HANGZHOU INSHOT TECH CO., LTD.,

                              Plaintiff,

                 -against-                      20-cv-9916 (VEC)

                                               <u>ORDER</u>

ABC CORPORATION 1, D/B/A VIDEO
DOWNLOADER & VIDEO PLAYER & PHOTO
DOWNLOADER, AND ABC CORPORATION 2,
D/B/A INSTAKE,

                              Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 25, 2021, the Court denied Plaintiff's motion to serve Defendants by email, finding that Plaintiff failed to show that it had reasonably attempted to effectuate service on Defendants or that the Court's intervention was necessary under the circumstances (Dkt. 12);

      WHEREAS the Court ordered Plaintiff to make good-faith efforts to serve Defendants in accordance with Federal Rule of Civil Procedure 4; and

      WHEREAS Plaintiff has not filed an affidavit of service or provided the Court with any update on the status of service on Defendants.

      IT IS HEREBY ORDERED that not later than **June 8, 2021**, Plaintiff must file a letter updating the Court on the status of service on Defendants. To the extent Plaintiff has not been

successful in serving Defendants, Plaintiff must include a description of all good-faith efforts it has taken to serve Defendants.

**SO ORDERED.**

Date: **June 1, 2021**
      **New York, New York**

                                          **VALERIE CAPRONI**
                                      **United States District Judge**