USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
HANGZHOU INSHOT TECH CO., LTD.,                              :
                                                             :
                                    Plaintiff,               :
                                                             :
            -against-                                        :        20-cv-9916 (VEC)
                                                             :
                                                             :           ORDER
ABC CORPORATION 1, D/B/A VIDEO                               :
DOWNLOADER & VIDEO PLAYER & PHOTO                            :
DOWNLOADER, AND ABC CORPORATION 2,                           :
D/B/A INSTAKE,                                               :
                                                             :
                                    Defendants.              :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 25, 2021, the Court denied Plaintiff's motion to serve Defendants by email, finding that Plaintiff failed to show that it had reasonably attempted to effectuate service on Defendants or that the Court's intervention was necessary under the circumstances (Dkt. 12);

      WHEREAS the Court ordered Plaintiff to make good-faith efforts to serve Defendants in accordance with Federal Rule of Civil Procedure 4;

      WHEREAS on June 1, 2021, the Court ordered Plaintiff to file a letter updating the Court on the status of service on Defendants not later than June 8, 2021 (Dkt. 13); and

      WHEREAS as of the date of this Order, Plaintiff has neither filed proof of service on Defendants nor filed a letter updating the Court on the status of service;

IT IS HEREBY ORDERED that not later than **July 2, 2021**, Plaintiff must show cause why this case should not be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with Court orders.

**SO ORDERED.**

**Date:  June 18, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**