```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HANGZHOU INSHOT TECH CO., LTD.,  :
   :
                        Plaintiff,  :
   :
            -against-  :       20-cv-9916 (VEC)
   :
   :       ORDER
ABC CORPORATION 1, D/B/A VIDEO  :
DOWNLOADER & VIDEO PLAYER & PHOTO  :
DOWNLOADER, AND ABC CORPORATION 2,  :
D/B/A INSTAKE,  :
   :
                       Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 25, 2021, the Court denied Plaintiff's motion to serve Defendants by email, finding that Plaintiff failed to show that it had reasonably attempted to effectuate service on Defendants or that the Court's intervention was necessary under the circumstances (Dkt. 12);

      WHEREAS the Court ordered Plaintiff to make good-faith efforts to serve Defendants in accordance with Federal Rule of Civil Procedure 4;

      WHEREAS on June 1, 2021, the Court ordered Plaintiff to file a letter updating the Court on the status of service on Defendants not later than June 8, 2021 (Dkt. 13); and

      WHEREAS on June 18, 2021, after Plaintiff had neither filed proof of service on Defendants nor filed a letter updating the Court on the status of service, the Court ordered Plaintiff to show cause by July 2, 2021, why this case should not be dismissed with prejudice for failure to prosecute and failure to comply with Court orders (Dkt. 14);

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with Court orders.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

**SO ORDERED.**

**Date: July 6, 2021
New York, New York**

**VALERIE CAPRONI
United States District Judge**